USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 26-CR-00046 (VEC) |
| -against- | : | ORDER |
| JOUSEF MANUAL SERRANO-CINTRON, Defendant. | : | |

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 20, 2026, Defendant filed a motion requesting early termination of his supervised release, *see* Dkt. 4;

IT IS HEREBY ORDERED that, not later than **Friday, September 18, 2026**, the Probation Office must inform the Court of its position on Defendant's request for early termination of his supervised release.

**SO ORDERED.**

**Date: September 3, 2026**
**New York, New York**

**VALERIE CAPRONI**
**United States District Judge**