USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

UNITED STATES OF AMERICA

-against-

JOUSEF MANUEL SERRANO-CINTRON,

Defendant.

---------------------------------------------------------------- X

26-CR-00046 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 4, 2026, the above-captioned case was transferred from the District of Puerto Rico to this District to oversee Defendant's term of supervised release, *see* Dkts. 1, 2;

WHEREAS on August 20, 2026, Defendant submitted a letter motion requesting early termination of his supervised release pursuant to 18 U.S.C. § 3583(e)(1), *see* Dkt. 4 ("Motion");

IT IS HEREBY ORDERED that Defendant's Motion is DENIED without prejudice to renewal at a later date. The Clerk of Court is respectfully directed to terminate the open motion at Dkt. 4.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this Order to Defendant at 157 Buena Vista Ave., Yonkers, New York 10701, and note the mailing on the docket.

SO ORDERED.

Date: October 14, 2026
New York, NY

VALERIE CAPRONI
United States District Judge